IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-00674-RBJ

CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., an Indiana nonprofit corporation, as successor by merger to CollegeAmerica Denver, Inc., a Colorado corporation,

    Plaintiff,

v.

GRAYDON H. BRITTAN as Ancillary Trustee of the Trust Created Under the Will of Henry Traub Dated July 9, 1974; and
CITY NATIONAL BANK as Co-Trustee of the Trust Created Under the Will of Henry Dated July 9, 1974,

    Defendants.

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

This matter has been scheduled for a **five day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **April 13, 2015 at 9:00 a.m.**

A Trial Preparation Conference is set for **March 13, 2015 at 1:30 p.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial. Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least 48 hours in advance of the Trial Preparation Conference.

For additional information, please review my practice standards located at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx.

DATED this 12th day of May, 2014.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge